UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISON

**KARLA TWORIK,**
    Plaintiff,

                              District Case No. 09-3463-GC

v.

**ASSET ACCEPTANCE, LLC**         Federal Case No.
    Defendant.

_____/

| | |
|---|---|
| **ADAM ALEXANDER (P53584)** | **ROBERT M. HORWITZ (P51466)** |
| **Attorney for Plaintiff** | **DAVID A. DEN HOUTEN (P60421)** |
| 18930 West Ten Mile Rd., Ste. 2500 | **Attorneys for Defendant** |
| Southfield, MI 48075 | 28405 Van Dyke Ave. |
| (248) 746-3790 | Warren, MI 48093 |
| adalesq@gmail.com | (586) 446-7822 |
| | rhowitz@Assetacceptance.com |
| | ddenhouten@Assetacceptance.com |

_____/

## DEFENDANT'S ANSWER TO PLAINTIFF'S COMPLAINT

**NOW COMES** Defendant, Asset Acceptance LLC, by and through its attorney, Robert M. Horwitz, P51466 and David A. Den Houten, P60421, and for its Answer to Plaintiff's Complaint, states unto this Honorable Court as follows:

### JURISDICTION

1. Neither admit nor deny. Asset further states that it has removed the case to the Federal Court and jurisdiction is proper in that Court.

2. Neither admit nor deny. Asset further states that it leaves the Plaintiff to her strictest proofs.

3. Admit.

4. Deny. Asset further states that it denies the allegation to the extent that it is inconsistent or contrary to the language of the FDCPA or any court's interpretation of the language. Asset does acknowledge that it is subject to the FDCPA.

5. Deny. Asset further states that it has been found to not be a collection agency as defined by the statute referenced.

6. Admit. Asset further states that a credit card account originally with Citibank was previously assigned to it and that a Consent Judgment was recently entered in the amount of $8,581.68 for

Defendant Asset Acceptance, LLC, against Plaintiff Karla Tworik, in the 62A District Court, case no. 09-0410-GC, representing the balance owed on the subject account.

7. Deny.

8. Neither admit nor deny. Asset further states that it leaves Plaintiff to her strictest proofs.

9. Deny.

10. Neither admit nor deny. Asset further states that it leaves Plaintiff to her strictest proofs.

11. Neither admit nor deny. Asset further states that it leaves Plaintiff to her strictest proofs.

12. Deny.

13. Deny.

14. No response required.

15. Deny. Asset further states that it does not collect on accounts that it does not own.

16. Deny. Asset further states that it denies all subparts to paragraph number 16.

17. Deny.

18. No response required.

19. Deny. Asset further states that it denies all subparts to paragraph number 16.

20. Deny.

21. Deny. Asset further states that it denies Plaintiff is entitled to the relief requested.

**WHEREFORE**, Defendant requests that Plaintiff's Complaint be dismissed with prejudice, that it be awarded reasonable attorney's fees under 15 USC Sec. 1692k (a)(3), and that the Court grant other relief it deems just and proper.

Respectfully Submitted,

Dated: August 26, 2009

**DAVID A. DEN HOUTEN (P60421)**
Attorney for Defendant

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISON

KARLA TWORIK,
    Plaintiff,

District Case No. 09-3463-GC

v.

ASSET ACCEPTANCE, LLC
    Defendant.

Federal Case No.

| | |
|---|---|
| **ADAM ALEXANDER (P53584)**<br>**Attorney for Plaintiff**<br>18930 West Ten Mile Rd., Ste. 2500<br>Southfield, MI 48075<br>(248) 746-3790<br>adalesq@gmail.com | **ROBERT M. HORWITZ (P51466)**<br>**DAVID A. DEN HOUTEN (P60421)**<br>**Attorneys for Defendant**<br>28405 Van Dyke Ave.<br>Warren, MI 48093<br>(586) 446-7822<br>rhowitz@Assetacceptance.com<br>ddenhouten@Assetacceptance.com |

## AFFIRMATIVE DEFENSES

1. Some of the allegations raised by Plaintiff may have been previously determined in the State Court case involving the underlying account (62A District for the State of Michigan, case no. 09-0410-GC) and therefore those issues are entitled to res judicata/collateral estoppal effect.

2. Failure to state cause of action.

3. Statute of Limitations. Some or all of Plaintiff's claims/allegations may be barred by the one-year Statute of Limitations set forth in the FDCPA at 15 USC Sec. 1692 k(d).

4. Defendant is not subject to liability under the MCPA because it collects only its own debts.

5. The Court should abstain from hearing this action to the extent that Plaintiff's liability on the underlying account has already been determined in light of the prior State Judgment (62A District for the State of Michigan, case no. 09-0410-GC) because that action determined Plaintiff owes the money sought by Defendant.

6. To the extent Defendant is found liable, Defendant relies on the bona fide error defense set forth in the FDCPA at 15 USC Sec. 1692 k(c)

7. To the extent that Defendant is found liable. Defendant is entitled to a set off up to the amount Plaintiff has already been determined to be liable to Defendant in the 62A District for the State of Michigan, case no. 09-0410-GC.

8. Defendant places Plaintiff on notice that it will seek reasonable attorney fees under 15 USC Sec. 1692 k(a)(3) because this lawsuit was brought in bad faith and for the purpose of harassment as retaliation for the State Court lawsuit previously filed by Defendant against Plaintiff.

Respectfully Submitted,

Dated: August 26, 2009

**DAVID A. DEN HOUTEN (P60421)**
Attorney for Defendant

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISON

**KARLA TWORIK,**
    Plaintiff,

District Case No. 09-3463-GC

v.

**ASSET ACCEPTANCE, LLC**
    Defendant.

Federal Case No.

_____/

| | |
|---|---|
| **ADAM ALEXANDER (P53584)** | **ROBERT M. HORWITZ (P51466)** |
| **Attorney for Plaintiff** | **DAVID A. DEN HOUTEN (P60421)** |
| 18930 West Ten Mile Rd., Ste. 2500 | **Attorneys for Defendant** |
| Southfield, MI 48075 | 28405 Van Dyke Ave. |
| (248) 746-3790 | Warren, MI 48093 |
| adalesq@gmail.com | (586) 446-7822 |
| | rhowitz@Assetacceptance.com |
| | ddenhouten@Assetacceptance.com |

_____/

## PROOF OF SERVICE

STATE OF MICHIGAN     )
                                 )SS.
COUNTY OF MACOMB   )

      The undersigned, being first duly sworn, deposes and says that on the ____ day of August, 2009, she did cause to have served a copy of Defendant's Answer to Plaintiff's Complaint, Affirmative Defenses and this Proof of Service upon:

| | |
|---|---|
| Adam Alexander | Clerk of the Court |
| Attorney at Law | 37th District Court |
| 18930 West Ten Mile Rd., Ste. 2500 | 8300 Common Rd. |
| Southfield, MI 48075 | Warren, MI 48093 |

by enclosing copies of the same in an envelope properly addressed, and by depositing said envelope in the United States Mail with postage thereon having fully prepaid.

_____

SUBSCRIBED AND SWORN TO before
me, this ____ day of August 2009.

_____
Ms. Tracey Shepherd, Notary Public
State of Michigan, County of Macomb
My Commission Expires: 10/22/2015
Acting in the County of Macomb